FREDERICK NUTTING *versus* BENJAMIN GOODRIDGE.

By the Revised Statutes of 1857, c. 87, § 8, an action on the case for slander survives, and, after the death of the plaintiff, may be prosecuted by his executor, or the administrator of his estate.

FACTS AGREED. April Term, 1858.

This was an action on the case for slander, commenced May 29th, 1857. By the statutes then in force, among actions that survived were " actions of trespass for goods taken and carried away, and actions of trespass and trespass on the case for damage done to real and personal property."

By the Revised Statutes of 1857, which took effect Jan. 1,

1858, among the actions that survive are "actions of trespass and trespass on the case." The qualifying words in the former statutes are omitted.

The plaintiff died in April, 1858. The only question submitted was whether the action survived. And *it was held* by the Court, (GOODENOW, J., dissenting,) that the action did survive; and it was ordered to stand for trial.

*Littlefield,* for plaintiff.

*Fessenden & Butler,* for defendant.